Argued March 15, affirmed March 20, 1928.

# LEROY B. ANDREWS *v.* W. J. JONES & SON ET AL.

(265 Pac. 1116.)

From Multnomah: WALTER H. EVANS, Judge.

Department 1.

AFFIRMED.

For appellants there was a brief over the names of *Mr. E. L. McDougal* and *Messrs. Teal, Winfree, John-*

*son & McCulloch*, with an oral argument by *Mr. A. P. Kelley.*

For respondent there was a brief over the name of *Messrs. Davis & Harris*, with an oral argument by *Mr. Paul R. Harris.*

PER CURIAM.—This is an action for the recovery of damages for the injury of plaintiff sustained while engaged as a stevedore in loading flour in the hold of a vessel. There are but two points raised upon the appeal. We have examined as to both of said points and find that there was no reversible error. The judgment is, therefore, affirmed.    AFFIRMED.